Nicholas C. SCANDONE, Petitioner,

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 00–3275.

United States Court of Appeals, Federal Circuit.

Feb. 6, 2001.

Before LOURIE, GAJARSA, and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.